FILED: SEPTEMBER 29, 2008
08CV5558
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON
FDA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **DARNELL KEEL and MERRITT GENTRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.:** _____ |
| v. ) | |
| ) | **Cook County Case No. 07 L 3933** |
| **CITY OF HARVEY, ERIC KELLOGG,** ) | |
| **SANDRA ALVARADO, and** ) | |
| **STEVEN PORTER,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION:

Defendants, CITY OF HARVEY, ERIC KELLOGG, SANDRA ALVARADO and STEVEN PORTER, by their attorneys, Clifford G. Kosoff, Julie A. Bruch and Joshua S. Abern, pursuant to 28 U.S.C. §1441, state as follows for their Notice of Removal:

1. On April 16, 2007, plaintiffs, Darnell Keel and Merritt Gentry, filed suit against the above named defendants in the Circuit Court of Cook County, Illinois asserting various state law causes of action.

2. On September 16, 2008, plaintiffs filed their Third Amended Verified Complaint at Law, for the first time asserting a federal cause of action under 42 U.S.C. §1983. A copy of plaintiffs' Third Amended Complaint at Law is attached hereto as Exhibit "A".

3. All of the defendants were served with summons and have timely appeared in the Cook County action.

4. The above-described action is a civil action in which this Court has original jurisdiction under the provisions of 28 USC §1331 and is one which may be removed to this Court by

the Defendant pursuant to the provisions of 28 USC §1441 in that Plaintiff filed suit against Defendants for, *inter alia*, a violation of their civil rights pursuant to 42 U.S.C. §1983.

5. Plaintiffs' complaint against defendants also includes state law claims for which this Court should assume pendant jurisdiction pursuant to 28 USC §1441(c) and/or 28 USC §1367.

6. As required by 28 USC §1446(d), notice of removal will be served upon all parties of record and will be filed with the Circuit Court of Cook County, Illinois.

7. All Defendants agree and consent to removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court of the Northern District, Eastern Division.

8. The United States District Court for the Northern District of Illinois, Eastern Division, is the District Court for the district embracing Cook County, Illinois. 28 USC §93(c).

9. Pursuant to the requirements of 28 USC §1446(a), a copy of all process, pleadings and orders served upon defendants is attached hereto as Group Exhibit "B".

WHEREFORE, Defendants, CITY OF HARVEY, ERIC KELLOGG, SANDRA ALVARADO and STEVEN PORTER hereby give notice of removal of this action to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully Submitted,

CITY OF HARVEY, ERIC KELLOGG, SANDRA ALVARADO and STEVEN PROTER

By: s/Joshua S. Abern
      One of Their Attorneys

Clifford G. Kosoff
Julie A. Bruch
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: 847/291-0200
Fax: 847/291-9230

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **DARNELL KEEL and MERRITT GENTRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.: _____ |
| v. | ) | |
| | ) | Cook County Case No. 07 L 3933 |
| **CITY OF HARVEY, ERIC KELLOGG,** | ) | |
| **SANDRA ALVARADO, and** | ) | |
| **STEVEN PORTER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2008, I electronically filed Defendants' Notice of Removal with the Clerk of Court using the CM/ECF system and I hereby certify that on September 29, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Kelly A. Saindon
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604

Clerk of the Circuit Court
Law Division, Room 801
Richard J. Daley Center
50 W. Washington Street
Chicago, IL 60602

                                                                                                CITY OF HARVEY, ERIC KELLOGG, SANDRA
                                                                                                 ALVARADO and STEVEN PROTER

                                              By:    s/Joshua S. Abern_____
                                                                             Joshua S. Abern, #6285598
                                                                             O'Halloran Kosoff Geitner & Cook, LLC
                                                                             650 Dundee Road, Suite 475
                                                                             Northbrook, IL 60062
                                                                             Telephone:  (847) 291-0200
                                                                             Facsimile:  (847) 291-9230
                                                                             E-mail: jabern@okgc.com